UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY B. PIERCE,

    Plaintiff,

    v.

CITY OF PALO ALTO, et al.,

    Defendants.

Case No. 15-cv-06117-DMR

**ORDER**

Re: Dkt. No. 20

    In this action, Plaintiff Timothy Pierce alleges that Defendant Dan Ryan, an agent working for the Palo Alto Police Department, suppressed and tampered with evidence in connection with Pierce's DUI arrest and prosecution. [Docket No. 1 at ¶¶ 4, 10-12.] At the May 3, 2016 case management conference the parties informed Magistrate Judge Paul S. Grewal that Pierce's DUI case was set for trial within the next few months. [Docket No. 19.]

    On May 9, 2016, Judge Grewal stayed this case pending the resolution of Pierce's state court criminal proceedings. [Docket No. 20.] On June 6, 2016, this case was reassigned to the undersigned for all further proceedings. [Docket No. 21.] The matter shall remain stayed. The parties shall notify the court within 14 days of the final resolution of the state criminal action.

    **IT IS SO ORDERED.**

Dated: June 15, 2016

                                  Donna M. Ryu
                                United States Magistrate Judge